IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFERY D. SHORES,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3847

Opinion filed January 6, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Jeffery D. Shores, pro se Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

ROBERTS, CLARK, and MAKAR, JJ., CONCUR.